IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL STINES                                                                        PETITIONER

VS.                                                           CIVIL ACTION NO. 5:08cv7DCB-MTP

BRUCE PEARSON                                                                       RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Michael Stines' Petition for a Writ of Habeas Corpus [1] should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the ___10th___ day of July, 2009.

                                              s/David Bramlette
                                      UNITED STATES DISTRICT JUDGE